COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| JUAN ANTONIO GUTIERREZ, | § | No. 08-18-00194-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D03047) |

§

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 19, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 19, 2019.

IT IS SO ORDERED this 15th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.